IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACQUELYN D. AJOSE, | ) |
| | ) NO. 3:14-CV-1707 |
| Plaintiff, | ) |
| v. | ) JURY DEMAND |
| | ) |
| INTERLINE BRANDS, INC., | ) JUDGE KEVIN H. SHARP |
| | ) MAGISTRATE JOE BROWN |
| Defendant. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* ON BEHALF OF HILARIE BASS**

The undersigned counsel for Defendant, Interline Brands, Inc., hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from, among others, the United States District Court for the Southern District of Florida. Attached is a Certificate of Good Standing from that Court.

/s/ Hilarie Bass
Signature

Name: Hilarie Bass, Esq.

Address: Greenberg Traurig, P.A.

Address: 333 S.E. 2nd Avenue, Suite 4400

Address: Miami, Florida 33131

Phone: (305) 579-0500

Email: bassh@gtlaw.com

Respectfully submitted,

LEWIS THOMASON

By: /s/ John R. Tarpley
    John R. Tarpley, BPR #9661
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, Tennessee 37219
    Telephone: (615) 259-1366
    Facsimile: (615) 259-1389
    jtarpley@lewisthomason.com

and

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Hilarie Bass*
Florida Bar No. 334243
bassh@gtlaw.com
Mark A. Salky*
Florida Bar No. 058221
salkym@gtlaw.com
Timothy A. Kolaya*
Florida Bar No. 056140
kolayat@gtlaw.com

401 E Las Olas Blvd Ste 2000
Fort Lauderdale, FL 33301-4223
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
David O. Batista*
Florida Bar No. 175803
batistad@gtlaw.com

* Motions for Admission *Pro Hac Vice* Pending

*Attorneys For Defendant, Interline Brands, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this the 29th day of October, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Daniel E. Gustafson, Esq.
    Raina, Borrelli, Esq.
    Gustafson Gluek PLLC
    120 South Sixth Street , Suite 2600
    Minneapolis, MN 55402

    Simon Bahne Paris, Esq.
    Patrick Howard, Esq.
    Charles J. Kocher, Esq.
    Saltz, Mongeluzzi, Barrett & Bendesky, PC
    One Liberty Place, 52nd Floor
    1650 Market Street
    Philadelphia, PA 19103

    Donald L. Perelman, Esq.
    Gerald A. Dever, Esq.
    Fine, Kaplan and Black, P.C.
    1835 Market Street, 28th Floor
    Philadelphia, PA 19103

    Anthony D. Shapiro, Esq.
    Jeniphr Breckenridge, Esq.
    Hagens Berman Sobol Shapiro, LLP
    1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101

    J. Gerard Stranch, IV, Esq.
    Seamus T. Kelly, Esq.
    Branstetter, Stranch & Jennings
    227 Second Avenue North, 4th Floor
    Nashville, TN 37201-1631

    Joseph J. Tabacco, Jr., Esq.
    Todd A. Seaver, Esq.
    Berman DeValerio
    One California Street, Suite 900
    San Francisco, CA 94111

                                     /s/ John R. Tarpley