# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JACQUELYN D. AJOSE, | ) |
|     Plaintiff, | ) NO. 3:14-CV-1707 |
| v. | ) JURY DEMAND |
| INTERLINE BRANDS, INC., | ) JUDGE KEVIN H. SHARP |
|     Defendant. | ) MAGISTRATE JOE BROWN |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

On this date, Defendant, Interline Brands, Inc. ("Interline") separately and contemporaneously filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer"). In the event the Court does not transfer this action upon the grounds set forth in the Motion to Transfer, Interline, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that the Court enter an Order dismissing the Complaint filed by Plaintiff, Jacquelyn D. Ajose, on behalf of herself and all others similarly situated ("Plaintiff"), which alleges causes of action for negligence (Count I), strict liability due to a design defect and failure to warn (Count II), declaratory judgment (Count IV), unjust enrichment (Count V), violations of the Magnuson-Moss Consumer Products Warranties Act ("MMWA") (Count VI), and breach of implied warranty of merchantability (Count VII).[1] This Motion is accompanied by a memorandum of law in accordance with United States District Court for the Middle District of Tennessee Local Rule 7.01.

---

[1] Plaintiff did not assert a Count III.

Respectfully submitted,

LEWIS THOMASON

By: /s/ John R. Tarpley
John R. Tarpley, BPR #9661
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219
Telephone: (615) 259-1366
Facsimile: (615) 259-1389
jtarpley@lewisthomason.com


GREENBERG TRAURIG, P.A.


By: /s/ Hilarie Bass
Hilarie Bass, Florida Bar No. 334243
Mark A. Salky, Florida Bar No. 058221
Timothy A. Kolaya, Florida Bar No. 056140
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida  33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
bassh@gtlaw.com
salkym@gtlaw.com
kolayat@gtlaw.com


By: /s/ David O. Batista
David O. Batista, Florida Bar No. 175803
401 E. Las Olas Blvd. Ste. 2000
Fort Lauderdale, FL 33301-4223
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
batistad@gtlaw.com

*Attorneys For Defendant, Interline Brands, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on this the 7th day of November, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Daniel E. Gustafson, Esq.
    Raina, Borrelli, Esq.
    Gustafson Gluek PLLC
    120 South Sixth Street , Suite 2600
    Minneapolis, MN 55402

    Simon Bahne Paris, Esq.
    Patrick Howard, Esq.
    Charles J. Kocher, Esq.
    Saltz, Mongeluzzi, Barrett & Bendesky, PC
    One Liberty Place, 52nd Floor
    1650 Market Street
    Philadelphia, PA 19103

    Donald L. Perelman, Esq.
    Gerald A. Dever, Esq.
    Fine, Kaplan and Black, P.C.
    1835 Market Street, 28th Floor
    Philadelphia, PA 19103

    Anthony D. Shapiro, Esq.
    Jeniphr Breckenridge, Esq.
    Hagens Berman Sobol Shapiro, LLP
    1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101

    J. Gerard Stranch, IV, Esq.
    Seamus T. Kelly, Esq.
    Branstetter, Stranch & Jennings
    227 Second Avenue North, 4th Floor
    Nashville, TN 37201-1631

    Joseph J. Tabacco, Jr., Esq.
    Todd A. Seaver, Esq.
    Berman DeValerio
    One California Street, Suite 900
    San Francisco, CA 94111

                                                           /s/ John R. Tarpley