UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACQUELINE D. AJOSE, KATHY SMITH, SHARON KURTZ, PATRICIA EVERETT, JAMES L. BOYLAND, AND KATHY DUTTON, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERLINE BRANDS, INC.,<br><br>Defendant. | No. 3:14-cv-1707<br><br>Judge Sharp<br>Magistrate Joe Brown |

**ORDER**

For the reasons stated in the Memorandum filed contemporaneously herewith, the Court hereby rules as follows:

Defendant Interline's Motion to Dismiss, (Docket No. 93), will be granted in part and denied in part. Specifically, the Motion to Dismiss will be GRANTED and Plaintiffs' claims DISMISSED with respect to:

1. Count IV (Colorado Consumer Protection Act);

2. Count V (Unjust Enrichment);

3. The non-Florida Plaintiffs' claims under Count III (Florida Deceptive and Unfair Trade Practices Act); and

4. The Florida and Arizona Plaintiffs' claims under Counts VI (Magnuson-Moss Warranty Act) and VII (Breach of Implied Warranty of Merchantability.

The Motion to Dismiss will be DENIED with respect to:

1. Count I (strict liability);

2. Count II (declaratory relief);

3. Plaintiff Boyland's claim under Count III (Florida Deceptive and Unfair Trade Practices Act); and

4. The Colorado, Pennsylvania, and Texas Plaintiffs' claims under Counts VI (Magnuson-Moss Warranty Act) and VII (Breach of Implied Warranty of Merchantability).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE